

**Miedel & Mysliwiec LLP**

December 20, 2019

Hon. Naomi R. Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Hai Long Huang, 19-CR-853 (NRB)

Dear Judge Buchwald:

I write, with the consent of the government, to request an adjournment of the status conference in this case, currently scheduled for January 9, 2020.

I was very recently retained to represent Mr. Huang. I am in the process of obtaining the file from Mr. Huang's prior counsel from the Federal Defender's Office, which includes the first batch of discovery disclosed by the government. I intend to review the discovery expeditiously. Unfortunately, I am unavailable on January 9th for a conference, although I am available any other day that week. However, in light of the change of counsel, and the need to get up to speed, it perhaps makes sense to move the status conference to later in the month. If the Court grants this request, Mr. Huang will waive time under the speedy trial act to the next conference date. As noted, the government consents to an adjournment of the conference.

Thank you very much for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Hai Long Huang*

cc: AUSA Elizabeth Espinosa

---

*Handwritten note:* The conference is adjourned until January 29, 2020 at 3:30 pm. Speedy trial time excluded.

Naomi Reice Buchwald, USDJ
12/23/19

---