

March 30, 2020

Hon. Naomi R. Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     United States v. Hai Long Huang, 19-CR-853 (NRB)

Dear Judge Buchwald:

I write, with the consent of the government, to request an adjournment of the status conference in this case, currently scheduled for April 14, 2020. Due to the current coronavirus crisis, most court operations are suspended. Nor have I been able to meet with my client to discuss the case. Accordingly, I respectfully request the Court to adjourn this matter by 45 to 60 days.

I am currently **not** available during the week of June 1. If the Court grants the request, Mr. Huang agrees to waive time under the Speedy Trial Act to the next conference date.

Thank you very much for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Hai Long Huang*

cc: AUSA Elizabeth Espinosa

```
Application granted.  The conference is
adjourned until June 15, 2020 at 3:30 p.m.
Speedy trial time is waived until that date.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  March 31, 2020