

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 26, 2021

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007

**Re:** *United States v. Hai Long Huang*, 19 Cr. 853 (NRB)

Dear Judge Buchwald:

The Government writes to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for April 5, 2021, for approximately 30 days.  The parties are engaged in the final stages of discussions of a potential pretrial resolution and expect to reach an agreement within the next 30 days, in which case the parties will promptly reach out to the Court to schedule a change of plea proceeding.  The Government has consulted with defense counsel, who consents to this request.

Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between April 5, 2021 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).  The Government consulted with defense counsel for the defendant, who does not object to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by:  /s/
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216

```
Application granted.  The
conference is adjourned
until May 6, 2021 at
11:30 a.m.  The Court
excludes time under the
Speedy Trial Act until
that date.  See 18 U.S.C.
§ 3161(h)(7)(A).
SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
        March 29, 2021