

November 24, 2021

Hon. Naomi R. Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     United States v. Hai Long Huang, 19-CR-853 (NRB)

Dear Judge Buchwald:

I write, with the consent of the government, to request an adjournment of the sentencing in this matter, currently scheduled for December 15, 2021.

I recently completed a month-long trial in the Southern District of Ohio, and am still digging out from the work that accumulated during that time. With the additional delays caused by the upcoming holidays, I am not able prepare a sentencing memorandum in time. Moreover, I am still awaiting letters from Mr. Huang and his family for sentencing. Accordingly, I respectfully request an adjournment of sentencing into the latter part of January or early February. As noted, the government consents to this request.

Thank you very much for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Hai Long Huang*

cc:  AUSA Elizabeth Espinosa

```
Application granted.  The sentencing
hearing is adjourned until February
1, 2022 at 11:00 a.m.  Defendant's
submission is due January 18, 2022
and the Government's submission is
due January 25, 2022. SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       November 29, 2021

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com