UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-                       **ORDER**

HAI LONG HUANG

                                      19-Cr-853 (NRB)

       Defendant

-------------------------------------------------X

    Upon the application of defendant's counsel, Florian Miedel,

IT IS HEREBY ORDERED that Pre-Trial Services, which is currently in possession of Mr. Huang's passport, shall return the passport to him promptly.

DATED:     New York, New York
               May 12, 2022

                                      SO ORDERED:

                                      _____
                                      THE HONORABLE Naomi Reice Buchwald
                                      United States District Court Judge
                                      Southern District of New York